**HANNI M. FAKHOURY**
California Bar No. 252629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE BENITO CASTILLO-PUENTES,<br><br>　　　　Defendant. | ) Case No. 08MJ1466<br>)<br>)<br>)<br>) **NOTICE OF ATTORNEY APPEARANCE**<br>)<br>)<br>)<br>)<br>) |

　　　　Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni

M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

the above-captioned case.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated: May 20, 2008　　　　　　　　　　　/s/ Hanni M. Fakhoury
　　　　　　　　　　　　　　　　　　　　HANNI M. FAKHOURY
　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　e-mail: Hanni_Fakhoury@fd.org
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

1

## CERTIFICATE OF SERVICE

2      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3  information and belief, and that  a copy of the foregoing document has been served this day upon:

4  U S Attorneys Office Southern District of California
   880 Front Street
5  Room 6293
   San Diego, CA 92101
6  (619)557-5610
   Fax: (619)557-5917
7  Email: Efile.dkt.gc2@usdoj.gov

8

9

10  DATED:  May 20, 2008                    /s/ Hanni M. Fakhoury_____
                                            HANNI M. FAKHOURY
11                                          e-mail: Hanni_Fakhoury@fd.org

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28